SCANLAN, Respondent, v. WALLACH, Appellant. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by Thomas F. Scanlan against Solomon Wallach. C. L. Cohn, for appellant. H. W. Simpson, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See 102 N. Y. Supp. 1090.

---

SCHERR, Appellant, v. PIONEER IRON WORKS et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 1, 1908.) Action by Frederick Scherr against the Pioneer Iron Works and others. No opinion. Motion denied.

---

SCHILLER v. NEW YORK, N. H. & H. R. CO. (Supreme Court, Appellate Term. June 3, 1908.) Appeal from Municipal Court, Borough of Manhattan, Third District. Action by Dankman Schiller against the New York, New Haven & Hartford Railroad Company. From a judgment for plaintiff, defendant appeals. Judgment reversed, and new trial ordered. William Greenough, for appellant. Simis & Coyle, for respondent.

PER CURIAM. The action is brought to recover damages for delay in forwarding the plaintiff's baggage from Brockton, Mass., to New York City. By reason of such delay it was shown by the plaintiff that he was unable to fulfill an engagement in Pittsburg, Pa. The contract he put in evidence showed that the salary he was to receive for the week's engagement he was compelled to lose was $250. The trial justice gave damages in the sum of $100. There is nothing in the record to warrant a finding in such an amount. Judgment reversed, and new trial ordered, with costs to appellant to abide the event.

---

SCHILLER, Appellant, v. WILNAU, Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Julius Schiller against Simon Wilnau, as executor. No opinion. Judgment affirmed, with costs.

---

SCHLAEPFER v. ABEND et al. (Supreme Court, Appellate Term. June 5, 1908.) Appeal from Municipal Court, Borough of Manhattan, Second District. Action by Emil Schlaepfer, doing business under the name and style of Schlaepfer & Co., against Nathan Abend and another, partners doing business under the firm name and style of N. Abend & Co. From a judgment for defendants, plaintiff appeals. Reversed, and new trial ordered. Edmund R. Terry, for appellant. Jacob Panken, for respondents.

PER CURIAM. Action to recover $401.25 for work, labor, and services between March 20 and April 29, 1907. Answer admits tender of goods $228.54. General denial as to balance. Pleadings oral. Defendants deposited in court $225 on account of the admitted indebtedness. Subsequently, as a condition for adjournments, the parties stipulated in writing as follows: "The defendants do hereby consent that the plaintiff receive and withdraw the sum of $225 heretofore deposited with the clerk of this court, without any prejudice whatsoever against the plaintiff's cause of action, and the clerk of this court is hereby authorized to pay said $225 to the plaintiff or his attorney." It was so ordered, and money so paid. Upon the trial without a jury defendant had judgment with costs. Plaintiff appeals. The issues involved disputed items aggregating $168.02. As to the tender of goods to plaintiff, they are still with defendants, who testified that plaintiff refused to receive them. Plaintiff testified that no complaint was made as to the goods manufactured by him for defendants, whose testimony related to details of trifling consequence. At the close of the trial there was a colloquy: "The Court: I understand the defendants consent that, in case judgment is found for defendants, they will deliver the goods on payment of $13.50. Plaintiff's Counsel: I ask your honor to notice the stipulation under which $225 was withdrawn without prejudice to plaintiff's cause of action." We think plaintiff proved his case, and was entitled to $393.02, less deposit withdrawn, $225—$168.02. Judgment reversed, and new trial ordered, with costs to appellant to abide the event.

GILDERSLEEVE, P. J. (concurring). I agree to reverse upon the ground that the judgment is against the weight of evidence, and upon the further ground that the judgment should have been for plaintiff for an amount including the $225 paid into court and subsequently received by the plaintiff. Dakin v. Dunning, 7 Hill, 30, 42 Am. Dec. 33; Friedman v. Fertel, 107 N. Y. Supp. 832.

---

SCHMENKE et al., Respondents, v. MALCOLM, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by August Schmenke and another against William H. Malcolm.

PER CURIAM. Judgment and order of the County Court of Westchester county affirmed, with costs.

HOOKER, J., dissents.

---

SCHOELLER, Respondent, v. METROPOLITAN EXPRESS CO., Appellant. (Supreme Court, Appellate Division, First Department. May 22, 1908.) Action by Sophie D. Schoeller against the Metropolitan Express Company. R. G. Miller, for appellant. C. Strauss for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $1,000, in which event the judgment, as so modified, and order, affirmed, without costs. Settle order on notice. See 95 N. Y. Supp. 744.

---

SCHRIER, Respondent, v. SHAFFER, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Herman Schrier against Fanny Shaffer. No opinion. Order of the Municipal Court affirmed, with $10 costs and disbursements. See 123 App. Div. 543, 107 N. Y. Supp. 1107.